

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2025

No. 04-24-00768-CV

Zoila **HERNANDEZ**,
Appellant

v.

**VIA METROPOLITAN TRANSIT**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI10341
Honorable Antonia Arteaga, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 27, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court